■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGORIT GARNER, Appellant. [817 NYS2d 560]—Appeal from a

judgment of the Erie County Court (Michael L. D'Amico, J.), rendered December 7, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree and attempted robbery in the second degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Hayes, JJ.